# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**

FID 11402591

v.

**WARRANT FOR ARREST**

**THEODORE BAKAYZA**

Case Number: **2:22–CR–00082–AJS**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **THEODORE BAKAYZA,**

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Order of Court ☒ Violation Notice ☐ Probation Violation Petition ☐ Supervised Release Violation Petition

charging him or her with (brief description of offense)

**alleged pretrial release violation**

in violation of United States Title:Section(s)

**alleged pretrial release violation**

| Susan Parmeter | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *Susan Parmeter* | 03/02/2023       Erie |
| Signature of Issuing Officer | Date and Location |

Bond     **is not set**

**RECEIVED**
By USMS-BD at 2:34 pm, Mar 02, 2023

### RETURN

This warrant was received and executed with the arrest of the above–named defendant

Date Received | Name and Title of Arresting Officer

Date of Arrest | Signature of Arresting Officer